UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALLAN BARAHONA,

    Petitioner,

v.                        Case No. 6:10-cv-535-Orl-35KRS

SECRETARY, DEPARTMENT OF
CORRECTIONS, ATTORNEY GENERAL,
STATE OF FLORIDA

    Respondents.
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL (Doc. No. 5)** |
| **FILED:** | April 30, 2010 |
| **THEREON** it is **ORDERED** that the motion is **GRANTED**. | |

This case is **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 12th day of May, 2010.

*[signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sa 5/4
Allan Barahona